IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BYRON ANTHONY HORN, #18101-077, §
        Plaintiff,       §
                      §
v.                       §   CIVIL NO. 3:20-CV-543-X-BK
                      §
UNITED STATES OF AMERICA,    §
        Defendant.      §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONOF
THE UNITED STATES
<u>MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that this action is **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim and for seeking relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915(e)(2)(B).

The Court prospectively **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3). In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no

legal point of arguable merit and would, therefore, be frivolous.  *Howard v. King*,

707 F.2d 215, 220 (5th Cir. 1983) (per curiam).[1]  In the event of an appeal, Plaintiff

may challenge this certification by filing a separate motion to proceed *in forma*

*pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth

Circuit.  *See Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).

     SO ORDERED this 22nd day of June, 2020.


                                            _____

                                            BRANTLEY STARR
                                            UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order.  A timely notice of appeal must be filed even if the court certifies an appeal as not taken in good faith.